# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0846

VERSUS

DAVONTA DESEAN VERRET

**OCTOBER 10, 2025**

---

In Re:     Davonta Desean Verret, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 835341.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

> **WIL**
> **EW**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT